ATLANTA, BIRMINGHAM & ATLANTIC RAILROAD CO. *v.* BROWN.

LUMPKIN, J. 1. In the absence of a request to charge, the instructions given by the court on the subject of allowing damages on account of a permanent personal injury were not so deficient as to require the grant of a new trial.

2. The evidence was sufficient to support the verdict.

3. None of the grounds of the motion for a new trial require a reversal.

*Judgment on main bill of exceptions affirmed. Cross bill of exceptions dismissed. All the Justices concur, except Hill, J., not presiding.*

DECEMBER 15, 1911.

Action for damages. Before Judge Conyers. Glynn superior court. November 2, 1910.

*Crovatt & Whitfield,* for plaintiff in error.

*F. H. Harris* and *D. W. Krauss,* contra.